UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMS, | 1:12-cv-466 JLT  (HC) |
| Plaintiff, | ORDER TO RECLASSIFY THIS MATTER AS A (PC) CASE |
| vs. | ORDER REQUIRING PLAINTIFF TO PAY THE FILING FEE OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS |
| A. NAJERA, | |
| Defendant. | |
| / | 30-DAY DEADLINE |

On March 29, 2012, Robert Sims, who is a civil detainee proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, the only claim asserted alleges that he was subjected to excessive force.  Thus, because this claim challenges a condition of confinement, it is not properly classified as a petition for writ of habeas corpus and, instead, is a (PC) case.[1]

In addition, at the time he filed this matter, Mr. Sims failed to pay the $350.00 filing fee and did not file an application to proceed in forma pauperis. Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to reclassify this matter as a (PC) case;

2. The Clerk of the Court is DIRECTED to send Plaintiff an application to proceed in

---

[1] This designation as a (PC) case is purely administrative in nature and has no substantive impact on this case.

1

1    forma pauperis;

2    3.   Within **30 days** from the date of service of this order, Plaintiff shall either pay the
3         filing fee in full or file an application to proceed in forma pauperis; and
4    4.   **Plaintiff is advised that his failure to comply with this order will result in**
5         **dismissal of this action, without prejudice**.

IT IS SO ORDERED.

Dated:   **March 29, 2012**                                    /s/ Jennifer L. Thurston
                                                       UNITED STATES MAGISTRATE JUDGE