IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT SIMS,**<br><br>          Plaintiff,<br><br>     v.<br><br>**A. NAJERA,**<br><br>          Defendant. | Case No. 1:12-cv-00466 JLT<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>(Doc. 9). |

    Plaintiff Robert Sims, a civil detainee proceeding pro se, filed this civil action alleging excessive force by Correctional Officer A. Najera.  (Doc. 4). On June 6, 2012, the Court dismissed Plaintiff's First Amended Complaint, as Plaintiff failed to provide basic information about the facts surrounding his claim.  (Doc. 9).   The Court's June 6, 2012 Order required Plaintiff to file an amended complaint within 21 days to address the deficiencies outlined by the Court.  (Doc. 9 at 5).  The Court's order also warned Plaintiff that if he failed to comply with the order, the matter may be dismissed.  (Id.).  Plaintiff was served with the Court's order on June 6, 2012; thus, his amended complaint was due on July 27, 2012.  Despite the Court's order and warning, Plaintiff has failed to amend his complaint as ordered.

Accordingly, it is HEREBY ORDERED that within 14 days from the date of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's Order.  Alternatively, within the same 14 day period, Plaintiff may file with the Court an amended pleading as previously ordered.

**Plaintiff is cautioned that if he fails to comply with this order, the Court will dismiss his matter.**

IT IS SO ORDERED.

Dated:   **July 5, 2012**                                   **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE