IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT SIMS,**<br><br>           Plaintiff,<br><br>     v.<br><br>**A. NAJERA,**<br><br>           Defendant. | Case No. 1:12-cv-00466 JLT<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE**<br><br>(Doc. 12). |

    Plaintiff Robert Sims, a civil detainee proceeding pro se, filed this civil action alleging excessive force by Correctional Officer A. Najera. (Doc. 4). On July 20, 2012, the Court dismissed Plaintiff's Second Amended Complaint, as Plaintiff failed to provide sufficient facts to support his allegations. (Doc. 12). The Court's July 20, 2012 Order required Plaintiff to file an amended complaint within 21 days to address the deficiencies outlined by the Court. (Doc. 12 at 6). The Court's order also warned Plaintiff that if he failed to comply with the order, the matter may be dismissed. (Id.). Plaintiff was served with the Court's order on July 20, 2012. Despite the Court's order and warning, Plaintiff has failed to amend his complaint as ordered.

    Accordingly, it is **HEREBY ORDERED** that **within 14 days** from the date of this order, Plaintiff **SHALL** show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's Order. Alternatively, **within 14 days**, Plaintiff **SHALL** file his

1  Third Amended Complaint.

2  **Plaintiff is cautioned that if he fails to comply with this order, the Court will dismiss his case.**

6  IT IS SO ORDERED.

7  Dated: **August 16, 2012**          /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE