UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. NAJERA, et al.<br><br>　　　　Defendants. | Case No.: 1:12-cv-00466 - JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER<br><br>(Doc. 26) |

　　　　Plaintiff Robert Sims ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.  The Court dismissed this matter on August 29, 2012, for Plaintiff's failure to state a cognizable claim. (Docs. 15, 16).  Plaintiff filed an appeal with the Ninth Circuit on November 15, 2012. (Doc. 17).

　　　　The Ninth Circuit remanded the matter on April 24, 2013, requesting that the Court consider whether Plaintiff's statement of notice of appeal could be construed as a timely motion to reopen the time to appeal. (Doc. 25).  On April 25, 2013, the Court ordered Plaintiff to "file a declaration stating the date he received notice of entry of judgment and the date he filed his notice of appeal. This declaration must be made under penalty of perjury." (Doc. 26).  Plaintiff was to file this declaration within 21 days. Id.   More than 21 days have passed and Plaintiff has failed to file his declaration or otherwise respond to the Court's order.

　　　　The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel or of a

party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110.   District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions. Thompson v. Housing Authority of Los Angeles, 782 F.2d 829, 831 (9th Cir. 1986).

Plaintiff is advised that this will be the Court's **FINAL** order for Plaintiff to a declaration, under penalty of perjury, stating the date he received notice of entry of judgment and the date he filed his notice of appeal within **14 days of the date of service of this Order**.  **Failure to file this declaration will result in an immediate finding that Plaintiff's statement in his notice of appeal cannot be construed as a timely motion to reopen the appeal.**

IT IS SO ORDERED.

Dated:   **June 12, 2013**           /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE