UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMS,<br><br>        Plaintiff,<br><br>    v.<br><br>NAJERA,<br><br>        Defendants. | Case No.: 1:12-cv-00466 – JLT (PC)<br><br>**ORDER CONSTRUING PLAINTIFF'S PETITION FOR WRIT OF CERTIORARI AS A MOTION FOR RECONSIDERATION**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br>(Docs. 31) |

Plaintiff Robert Sims ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in a prisoner civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff presently files a Petition for Writ of Certiorari. (Doc. 31). Plaintiff specifies that "there was a clerical error in the trial proceeding" and that the Court somehow overlooked an issue regarding immunity in, presumably, the order dismissing this matter. Id. at 1-2. Thus, the Court construes Plaintiff's "Petition for Writ of Certiorari" as a motion to reconsider.

To the extent that Plaintiff seeks relief pursuant to Federal Rule of Civil Procedure 60(b), such relief is not warranted in this case. Federal Rule of Civil Procedure 60(b)(6) allows the Court to relieve a party from an order for any reason that justifies relief. However, Rule 60(b)(6) "is to be used sparingly as an equitable remedy to prevent manifest injustice and is to be utilized only where

1

extraordinary circumstances . . ." exist.  Harvest v. Castro, 531 F.3d 737, 749 (9th Cir. 2008) (internal quotations marks and citation omitted).

The Court issued a final judgment of dismissal in the present matter on August 29, 2012. (Doc. 16). On November 15, 2012, Plaintiff filed his notice of appeal to the Ninth Circuit. (Doc. 17). Despite *numerous* opportunities to demonstrate that he timely filed his appeal, Plaintiff failed to comply with the Court's orders. *See* (Docs. 21-29). Plaintiff now apparently believes that he can shirk the Court's orders by again requesting reconsideration of the Court's final judgment entered over a year ago; this he cannot do. Finally, even if his request were timely filed, Plaintiff raises no grounds on which to address a motion to reconsider.

**ORDER**

Accordingly, and for the foregoing reasons, the Court **HEREBY ORDERS** that:

1. Plaintiff's Motion to Reconsider is **DENIED** (Doc. 31); and
2. This matter is **CLOSED** for all further filings. No further filings will be accepted.

IT IS SO ORDERED.

Dated:   **August 28, 2013**            **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE